MARY SPENCER, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.